**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| YAN ZHANG, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>MICHAEL CHERTOFF, Secretary of the )<br>Department of Homeland Security, )<br>)<br>Respondent. ) | No. 1:06-cv-1555-SEB-JMS |

**E N T R Y**

The respondent's motion to dismiss filed on February 7, 2007, is **granted.** The reason for this ruling is that the petitioner's claim has become moot by reason of the fact that on February 6, 2007, the Department of Homeland Security approved the petitioner's I-485 Application to Adjust to Permanent Resident Status and granted her permanent resident status.

A claim which is moot must be dismissed for lack of jurisdiction. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 03/07/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana