UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| YAN ZHANG, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>MICHAEL CHERTOFF, Secretary of the )<br>Department of Homeland Security, )<br>)<br>Respondent. ) | No. 1:06-cv-1555-SEB-JMS |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 03/07/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jill E. Zengler
UNITED STATES ATTORNEY'S OFFICE
jill.zengler@usdoj.gov

Yan Zhang
14197 Autumn Woods Dr.
Westfield, IN  46074